1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS S. ANDRADE,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:09-cv-01926 GSA<br><br>ORDER DISCHARGING ORDER TO<br>SHOW CAUSE<br><br>(Document 12) |

   On November 2, 2009, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.  On July 7, 2010, the Court issued an order to show cause why sanctions should not be imposed for Plaintiff's failure to file an opening brief by June 21, 2010.

   On July 16, 2010, Plaintiff filed a response to the order to show cause and contemporaneously filed his opening brief.  In the response, Plaintiff's counsel explained that he missed the filing deadline because the matter was not properly calendared.  Counsel indicated he has taken steps to correct the error in an effort to avoid similar problems in the future.

   Based on the foregoing, it appears that Plaintiff's failure to file an opening brief was inadvertent.  Accordingly, the order to show cause is hereby DISCHARGED.  Plaintiff's request

1

for an extension of time through and including July 16, 2010, is GRANTED, *nunc pro tunc*.  All other deadlines outlined in this Court's scheduling order dated November 3, 2009, remain in effect.


IT IS SO ORDERED.

**Dated:**   **July 19, 2010**          _____**/s/ Gary S. Austin**_____
                                                         UNITED STATES MAGISTRATE JUDGE

2