1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8928
       Facsimile: (415) 744-0134
7      E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11                    FRESNO DIVISION

12 THOMAS S. ANDRADE,            )   Case No. 1:09-cv-01926-GSA
                                 )
13                               )
              Plaintiff,         )
14    v.                         )   STIPULATION AND ORDER
                                 )   TO EXTEND
15 MICHAEL J. ASTRUE,            )
   COMMISSIONER OF               )
16 SOCIAL SECURITY,              )
                                 )
17            Defendant.         )
                                 )
18 _____)

19     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

20 the permission of the Court as evidenced below, that Defendant's time to respond to Plaintiff's brief

21 in this case is hereby extended 30 days from August 16, 2010, to September 15, 2010.   This is

22 Defendant's first extension and is required due to Defendant's counsel's impacted briefing schedule.

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

Dated: August 10, 2010        */s/ Lawrence D. Rohlfing*
                              (As authorized by email)
                              Lawrence D. Rohlfing
                              Attorney at Law

                              Attorney for Plaintiff

Dated: August 10, 2010        BENJAMIN B. WAGNER
                              United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                              */s/ Kathryn R. Watson*
                              KATHRYN R. WATSON
                              Special Assistant United States Attorney

                              Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   August 10, 2010**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE